UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH HARRIS (#368687)

VERSUS

CIVIL ACTION NO.: 09-927-JVP-SCR

OTHA CURTIS NELSON, SR., ET AL

## JUDGMENT

For written reasons assigned and filed herein;

**IT IS ORDERED** that judgment is hereby entered in favor of defendants, Otha Curtis Nelson, Sr., and the Nelson & Nelson Law Firm, and against the plaintiff, Joseph Harris, and this action is hereby **DISMISSED**.

Baton Rouge, Louisiana, December 8th, 2009.

JAMES J. BRADY, JUDGE
FOR: JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA